JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD 21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE YVETTE CARPENTER, | ) Case No.: 2:24-cv-01676-DJA |
| Plaintiff, | ) |
| | ) **STIPULATION TO VOLUNTARY** |
| v. | ) **REMAND PURSUANT TO SENTENCE** |
| | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| MARTIN O'MALLEY, | ) **ENTRY OF JUDGMENT FOR** |
| Commissioner of Social Security, | ) **PLAINTIFF** |
| | ) |
| Defendant. | ) |
| | ) |

The parties, through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, revaluate Plaintiff's subjective complaints, revaluate Plaintiff's RFC,

1  and continue through the sequential evaluation process, to include obtaining vocational evidence, as

2  necessary, and issue a new decision.

3       The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g),

4  and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to

5  Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

6       The parties further request that the Clerk of the Court be directed to enter a final judgment in favor

7  of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

8       DATED this 12th day of November 2024.

9

10                                    Respectfully submitted,

11                                    JASON M. FRIERSON
                                      United States Attorney
12
                                      MATHEW W. PILE
13                                    Associate General Counsel
                                      Office of Program Litigation, Office 7
14                                    Social Security Administration

15                                    s/ *Franco L. Becia*
16                                    FRANCO L. BECIA
                                      Special Assistant United States Attorney
17                                    Office of the General Counsel
                                      Office of Program Litigation, Office 7
18                                    Social Security Administration
                                      6401 SECURITY BLVD
19                                    BALTIMORE, MD  21235-6401
                                      Telephone: (206) 615-2114
20                                    Fax: (206) 615-2531
                                      Franco.L.Becia@ssa.gov
21

22  /////

23  ////

24  ////

25

26                                          2

DATED this 12th day of November 2024.

s/ *Franco L. Becia* For
LEONARD STONE and MARC KALAGIAN
Attorneys for Plaintiff
(PER EMAIL AUTHORIZATION)


**IT IS SO ORDERED**.  The Clerk is kindly directed to enter judgment accordingly and close this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11/13/2024

3

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, MD 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

**Leonard Stone**
Shook & Stone, Chtd.
710 S Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

**Marc V Kalagian**
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway,
Suite C115
Santa Fe Springs, CA 90670
United Sta
(562) 273-3702
Fax: (562) 868-5491
Email: marc.kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of November 2024

/s/ *Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney

4